Jennifer A. Hradil, Esq.
Justin T. Quinn, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>vs.<br><br>Wyndham Worldwide Corporation, et al.,<br><br>    Defendants. | Civil Action No.: 13-cv-1887 (ES) (SCM)<br><br>**PROPOSED CONSENT ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

**THIS MATTER** having come before the Court by way of a joint informal application of Defendants Wyndham Worldwide Corporation, Wyndham Hotel Group LLC, Wyndham Hotels and Resorts, LLC, and Wyndham Hotel Management Incorporated (collectively, "Defendants"), by and through their counsel, requesting the entry of an Order setting a schedule for the briefing of Defendants' motions to dismiss; and Plaintiff the Federal Trade Commission, by and through its counsel, having agreed upon the schedule set forth below; and good cause having been shown;

IT IS, on this 22 day of April, 2013, **ORDERED** that:

1. Defendants shall file and serve their motion(s) to dismiss Plaintiff's Complaint no later than **April 26, 2013**.

2. *Amici Curiae* shall file and serve their motions for leave to participate as *amicus curiae*, as well as their *amici curiae* briefs no later than **May 3, 2013**.

3. Plaintiff shall file and serve any opposition to Defendants' motion(s) to dismiss no later than **May 20, 2013**.

3. Defendants shall file and serve their reply to said opposition on or before **June 4, 2013**.

4. Defendants' motion(s) to dismiss shall be returnable on **June 17, 2013**, or on a date to be ordered by the Court.

_____
Hon. Esther Salas, U.S.D.J.