

United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

Kristin Krause Cohen
Division of Privacy and Identity Protection

May 10, 2013

**VIA ECF**

The Honorable Esther Salas
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *Federal Trade Commission v. Wyndham Worldwide Corp., et al.,* Civil Action No.: 13-cv-01887 (ES) (SCM)

Dear Judge Salas:

    We have enclosed, with the consent of Defendants' counsel, a proposed consent order modifying the order entered by the Court on April 18, 2013 (ECF No. 87) setting the briefing schedule for Defendants' Motions to Dismiss.  Tracking Rule 29 of the Federal Rules of Appellate Procedure, the proposed briefing schedule requires any *amicus curiae* in support of Plaintiff to file any *amicus* briefs, as well as motions for leave to participate as *amicus curiae,* by May 28, 2013.  The proposed briefing schedule also extends the time for Defendants' reply brief to June 10, 2013.

    If the enclosed Consent Order meets with your approval, we ask that it be executed and filed.

    Thank you for your consideration of this matter.  Should the Court require further information, we are available at the Court's convenience.

                Respectfully submitted,

                s/ Kristin Krause Cohen

                Kristin Krause Cohen

Enclosure

**Honorable Esther Salas, U.S.D.J.**
May 10, 2013
Page 2

cc: Justin T. Quinn (*via* ECF)
   Jennifer A. Hradil (*via* ECF)
   Eugene F. Assaf (*via* electronic mail)
   K. Winn Allen (*via* electronic mail)
   Douglas H. Meal (*via* electronic mail)