Stephen M. Orlofsky, Esquire
New Jersey Resident Partner
Rachel J. Gallagher, Esquire
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: (609) 750-7700
Fax: (609) 750-7701
Orlofsky@BlankRome.com
RGallagher@BlankRome.com

*Attorneys for Amici Curiae TechFreedom, International Center for Law and Economics & Consumer Protection Scholars Justin ("Gus") Hurwitz, Esquire, Todd J. Zywicki, Esquire, and Paul H. Rubin, Ph.D*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, ET AL.,<br>         Defendants. | Civil Action No.<br>2:13-cv-01887(ES)(SCM)<br><br>ORDER ON MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF WYNDHAM DEFENDANTS' MOTIONS TO DISMISS |

  THIS MATTER having come before the Court on the motion filed by proposed *amici*, TechFreedom, International Center for Law & Economics, and Consumer Protection Scholars Justin ("Gus") Hurwitz, Esquire, Todd J. Zywicki, Esquire, and Paul H. Rubin, Ph.D, for leave to file a brief *amici curiae* in support of the Wyndham Defendants' Motions to Dismiss, on notice to all counsel, and

after having considered all the papers being submitted in support and in opposition to the motion; and good cause having been shown;

IT IS, on this __16th__ day of __July__, 2013, ORDERED that:

1) TechFreedom, International Center for Law & Economics, and Consumer Protection Scholars Justin ("Gus") Hurwitz, Esquire, Todd J. Zywicki, Esquire, and Paul H. Rubin, Ph.D's , Motion for Leave to File Brief *Amici Curiae* in Support of the Wyndham Defendants' Motions to Dismiss is hereby GRANTED; and it is further ordered;

~~2) TechFreedom, International Center for Law & Economics, and Consumer Protection Scholars Justin ("Gus") Hurwitz, Esquire, Todd J. Zywicki, Esquire, and Paul H. Rubin, Ph.D, shall file their brief *amici curiae* in the form annexed to the Declaration of Stephen M. Orlofsky, Esquire no later than_____.~~

2) The Court hereby accepts the proposed amici curiae brief as amici's formal submission.

_____
HON. ESTHER SALAS, U.S.D.J.