# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge __**Esther Salas**__        __OCTOBER 21, 2013__
                                        Date of Proceedings

Court Reporter_____

Deputy Clerk __**Philip Selecky**__

**Title of Case**:                   Docket # __**CV. 13-1887 (ES)**__

FTC v. Wyndham Worldwide Corp, et al.

**Appearances**:
Katherine McCarron, Esq, Kevin Moriarty, Esq, Kristin Cohen, Esq,
Andrea Arias, Esq, John Krebs, Esq, Jonathan Zimmerman, Esq, & Lisa
Schifferle, Esq, for the pltf.
Justin Quinn, Esq, Jennifer Hradil, Esq, Eugene Assaf, Esq, & K.
Winn Allen, Esq, for the defts.

**Nature of Proceedings**: TELEPHONE CONFERENCE
Oral Argument for the pending motions to dismiss is scheduled for
11-7-13 at 10:00 a.m.

Time Commenced: 4:10 p.m.
Time Adjourned: 4:15 p.m.
Total Time: 5 Minutes

                                  __Philip Selecky, Deputy Clerk__