# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge  **Esther Salas**                              NOVEMBER 7, 2013
                                                    Date of Proceedings

Court Reporter  **Lynne Johnson**

Deputy Clerk  **Philip Selecky**

**Title of Case**:                      Docket # **CV. 13-1887 (ES)**

Federal Trade Commission v. Wyndham Worldwide Corp, et al.

**Appearances**:
Kevin Moriarty, Esq, Jonathan Zimmerman, Esq,& Kristin Cohen, Esq, for the pltf.
Eugene Assaf, Esq, K. Winn Allen, Esq, Justin Quinn, Esq, & Douglas Meal, Esq, for the defts.

**Nature of Proceedings**: Hearing on the defts, motion to dismiss the complaint.
Lunch recess from 1:15 p.m., until 2:05 p.m.
Hearing continued on the defts, motion to dismiss the complaint.
Decision Reserved.
Hearing on the defts, motion to stay discovery.
Ordered motion to stay discovery is denied.
Magistrate Judge Dickson will schedule a Rule 16 Conference.


Time Commenced: 10:00 a.m.
Time Adjourned:  3:20 p.m.
Total Time: 4.30


                                    Philip Selecky, Deputy Clerk