UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-1887 (ES) |
| **WYNDHAM WORLDWIDE CORPORATION, et al.,** | : **ORDER** |
| Defendants. | : |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court upon a motion to dismiss by Defendant Wyndham Hotels & Resorts LLC, (D.E. No. 91), and the Court having considered the parties' submissions in support of and in opposition to the motion; and further having heard oral argument relating to the motion; and further having considered several *amici* submissions; and for the reasons in the Court's accompanying Opinion;

**IT IS** on this 7th day of April 2014, hereby

**ORDERED** that the motion to dismiss by Defendant Wyndham Hotels & Resorts LLC, (D.E. No. 91), is DENIED.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**