UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>**WYNDHAM WORLDWIDE** :<br>**CORPORATION, et al.,** :<br>:<br>Defendants. :<br>: | Civil Action No. 13-1887 (ES)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court upon a motion to dismiss by Defendants Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, and Wyndham Hotel Management, Inc., (D.E. No. 92), and the Court having considered the parties' submissions in support of and in opposition to the motion; and further having heard oral argument relating to the motion; and for the reasons in the Court's accompanying Opinion;

**IT IS** on this 23rd day of June 2014, hereby

**ORDERED** that the motion to dismiss by Defendants Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC, and Wyndham Hotel Management, Inc., (D.E. No. 92), is DENIED.

／s/ Esther Salas
**Esther Salas, U.S.D.J.**