UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
July 15, 2014
BCO-106

No. 14-8091

FEDERAL TRADE COMMISSION

v.

WYNDHAM WORLDWIDE CORPORATION, a Delaware Corporation;
WYNDHAM HOTEL GROUP LLC, a Delaware limited liability company;
WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company;
WYNDHAM HOTEL MANAGEMENT INCORPORATED, a Delaware Corporation

Wyndham Hotels and Resorts, LLC.,

Petitioner

(D.N.J. No. 2-13-cv-01887)

Present: AMBRO, CHAGARES and VANASKIE, Circuit Judges

1. Petition by Wyndham Hotels and Resorts, LLC for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

2. Brief by Amicus Curiae Chamber of Commerce of the United States of America in Support of Petitioner;

3. Response by Respondent Federal Trade Commission to the Petition; and

4. Motion by Petitioner Wyndham Hotels and Resorts, LLC for Leave to File a Reply to Respondent's Response with Proposed Reply Attached.

Respectfully,
Clerk/cjg

_____ORDER_____
The foregoing petition and motion are hereby granted.

By the Court,

s/ Michael A. Chagares
Circuit Judge

Dated: July 29, 2014
CJG/cc:   Joel R. Marcus, Esq.
          David L. Sieradski, Esq.
          Kenneth W. Allen, Esq.
          Eugene F. Assaf, Esq.
          Christopher Landau, Esq.
          Sheldon Gilbert, Esq.
          Steven P. Lehotsky, Esq.
          Kate C. Todd, Esq.
          Banks Brown, Esq.
          Karen R. Harned, Esq.

A True Copy:

Marcia M. Waldron, Clerk