

JENNIFER A. HRADIL
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4495 Fax: (973) 639-6487
jhradil@gibbonslaw.com

September 16, 2014

**VIA ECF**

The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      Re:  *Federal Trade Commission v. Wyndham Worldwide Corporation, et al.*
            Civil Action No.: 13-1887 (ES) (JAD)

Dear Judge Dickson:

     In accordance with Local Civil Rule 7.1(d)(3) and 37.1(b)(3), Wyndham writes to respectfully request leave to file a short reply to the FTC's August 26, 2014 opposition. (*See* ECF No. 233). The FTC's opposition underscores the importance of the issues raised in Wyndham's application for a protective order. In addition, the Commission's opposition contains various factual assertions, to which Wyndham respectfully submits it should be entitled to respond. For these reasons, Wyndham respectfully requests leave to reply to the FTC's opposition. Wyndham's proposed reply is attached as Exhibit A.

     We thank Your Honor for your consideration of this request. Should the Court require further information, we are available at the Court's convenience.

                                Respectfully,

                                  s/ Jennifer A. Hradil
                                  Jennifer A. Hradil

cc:     All counsel of record (via ECF)