UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 14-3514

FEDERAL TRADE COMMISSION

v.

WYNDHAM WORLDWIDE CORPORATION, a Delaware Corporation
WYNDHAM HOTEL GROUP, LLC, a Delaware limited liability company;
WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company;
WYNDHAM HOTEL MANAGEMENT INCORPORATED, a Delaware Corporation

Wyndham Hotels and Resorts, LLC,
Appellant

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-13-cv-01887)
District Judge: Honorable Esther Salas

Argued March 3, 2015

Before: AMBRO, SCIRICA, and ROTH, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was argued on March 3, 2015.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated June 23, 2014, is hereby affirmed.  Costs assessed against Appellants. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Marcia M. Waldron,
Clerk

Dated: August 24, 2015